HALLE ALEXIS LEGGETT
6 N SLADE RD
SUMRALL, MS 39482

MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DR
CHESTERFIELD, MO 63005

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

PENNYMAC LOAN
PO BOX 514387
LOS ANGELES, CA 90051

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

AMERICAN HONDA FINANCE
PO BOX 168128
IRVING, TX 75016

BMW FINANCIAL SERVICES
PO BOX 3608
DUBLIN, OH 43016

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

MARQUAVIOUS SIMS
5 CHATMAN LN
MOUNT OLIVE, MS 39119

MOHELA
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005