United States Bankruptcy Court
Southern District of Mississippi

In re:
Halle Alexis Leggett
Debtor

Case No. 26-51812-KMS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 1
Date Rcvd: Oct 29, 2026 Form ID: def Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Halle Alexis Leggett, 6 N Slade Rd, Sumrall, MS 39482-3557 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Halle Alexis Leggett trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**CASE NO.:** 26–51812–KMS

Halle Alexis Leggett
aka Halle Leggett

**CHAPTER** 7

**ORDER AND NOTICE OF DEFICIENCY(S)**
**AND PROPOSED DISMISSAL OF CASE**

Pursuant to the U.S. Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Uniform Local Rules, and standing orders, the Debtor(s) is required to file schedules, statements, and other documents within fourteen (14) days after filing the above–referenced bankruptcy case ("Bankruptcy Case"). Any motion for an extension of time must demonstrate good cause and be filed on or before the deadline listed below.

For this case to be administered, it is necessary that the Debtor(s) file the following documents:

Ch 7 Income Form 122A–1 due 11/12/2026
Aty Disclosure Stmt. due 11/12/2026
Means Test Calculation 122A–2 due 11/12/2026
Sum. of Assets and Liabilities due 11/12/2026
Schedules A–J2 due 11/12/2026
Stmt. of Fin. Affairs due 11/12/2026

**IT IS ORDERED AND ADJUDGED** that if the Debtor(s) fails to file the required documents or fails to file a motion and proposed order requesting an extension of time by **November 12, 2026**, the Court will dismiss the Bankruptcy Case without further notice or hearing.

**Dated: October 29, 2026**

**/s/Katharine M. Samson**
**United States Bankruptcy Judge**