Certificate Number: 17082-MSS-DE-041673688

Bankruptcy Case Number: 26-51812

17082-MSS-DE-041673688

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 13, 2026, at 8:10 o'clock AM MST, HALLE LEGGETT completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: November 13, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director